IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LA VANN PIERRE,

    Plaintiff,

vs.

CITRUS HEIGHTS POLICE DEPARTMENT, et al.,

    Defendants.

    No. CIV S-07-1997 FCD DAD PS

ORDER

    The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly refer this case to another magistrate judge for all further proceedings.

DATED: November 8, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\pierre1997.recusal.ord