1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MICHAEL LA VANN PIERRE,
11              Plaintiff,                         CIV-S-07-1997 FCD GGH PS
12       vs.
13  CITRUS HEIGHTS POLICE DEPT., et al.,
14              Defendant.                         ORDER
15  _____/
16           On April 15, 2008, the magistrate judge filed findings and recommendations
17  herein which were served on the parties and which contained notice that any objections to the
18  findings and recommendations were to be filed within ten days.  No objections were filed.
19           Accordingly, the court presumes any findings of fact are correct.  See Orland v.
20  United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are
21  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
22  1983).
23           The court has reviewed the applicable legal standards and, good cause appearing,
24  concludes that it is appropriate to adopt the Findings and Recommendations in full.
25  \\\\\
26  \\\\\

1  Accordingly, IT IS ORDERED that:

2  1. The Findings and Recommendations filed April 15, 2008, are ADOPTED; and

3  2. This action is dismissed with prejudice.

4  DATED: August 26, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE